# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Butihi | 19129 | 5/21/97 | Vacated and Remanded |
| Waikoloa Dev. Co. v. County of Hawai'i | 19149 | 5/21/97 | Vacated and Remanded |
| Neighbors of the Ala Wai v. First Development Inc. | 17637 | 5/23/97 | Dismissed |
| Onishi v. State | 18740 | 5/23/97 | Affirmed in part, Vacated and Remanded |

| | | | | |
|---|---|---|---|---|
| Furukawa v. Honolulu Zoological Soc. | 18735 | 5/6/97 | Denied | 85 Hawai'i 7, 936 P.2d 643 |

| | | | | |
|---|---|---|---|---|
| Ingledue v. Dyer | 17289 | 5/27/97 | Dismissed | 85 Hawai'i 84, 937 P.2d 925 |
| State v. Chong | 18255 | 5/29/97 | Granted | —— Hawai'i ——, —— P.2d —— |
| State v. Foronda | 18911 | 4/23/97 | Granted | —— Hawai'i ——, —— P.2d —— |
| State v. Ito | 18903 | 4/28/97 | Denied | 85 Hawai'i 44, 936 P.2d 1292 |
| State v. Scott | 18170 | 5/30/97 | Granted | —— Hawai'i ——, —— P.2d —— |